UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                              ) CASE NO. MJ 19-318
    Plaintiff, )
                                              )
    v. )
                                              ) DETENTION ORDER
JONATHAN HARVEY JACK, )
                                              )
    Defendant. )
                                              )

<u>Offense charged</u>:     Domestic Assault by a Habitual Offender

<u>Date of Detention Hearing</u>:    July 18, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.     Defendant was not interviewed by Pretrial Services, so his background information is unknown or unverified. Information was acquired from the Presentence Report

DETENTION ORDER
PAGE -1

filed under docket CR11-194 and a criminal records check. Defendant has a lengthy criminal record and substantial substance abuse and mental health problems. He has a history of supervised release noncompliance and a pattern of assaultive criminal history. Defendant does not have a viable release plan at this time and does not contest entry of an order of detention.

2. Defendant poses a risk of nonappearance based on lack of background information, criminal history, mental health history and substance abuse history. Defendant poses a risk of danger based criminal history and on the nature and circumstances of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 18th day of July, 2019.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3